NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: WILLIAM P. APPS, SUZANNE WHITFIELD CLARK,**
*Appellants*

---

2021-2125

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/710,124.

---

**JUDGMENT**

---

TIMOTHY MURPHY, Carlson, Gaskey & Olds, PC, Birmingham, MI, argued for appellants William P. Apps, Suzanne Whitfield Clark. Also represented by JOHN E. CARLSON.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by THOMAS W. KRAUSE, MONICA BARNES LATEEF, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 6, 2022 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |